# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

---

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

October 22, 2021

BY ECF
Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v Yates,* 21 Cr. 260 (NRB)

Your Honor:

      I represent Manuel Yates in the referenced case and am submitting this letter to request that the deadline for filing motions, which is currently October 25, 2021, be postponed three weeks, until November 15, 2021. The reason for this request is to provide more time for me to confer with and explain options to my client, who is housed at Essex County Correctional Facility. The government consents to this application.

Very truly yours,

_____s/s_____
James E. Neuman

---

```
The application for an
extension of the briefing
schedule is granted.
Consistent with the original
schedule, Speedy Trial Time
is adjourned until December
13, 2021.
```

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: New York, New York
       October 25, 2021
```