```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA

        - against -                         21 Cr. 260 (NRB)
MANUEL ENRIQUE YATES,
                                                 ORDER
            Defendant.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** this Court received a motion dated November 11, 2021 from defendant Manuel Enrique Yates, requesting that he be appointed new counsel (the "Motion"); and

**WHEREAS** Mr. Yates's counsel, James Neuman, filed a letter on November 17, 2021 urging the Court to grant Mr. Yates's motion, ECF No. 21; and

**WHEREAS**, on November 19, 2021, this Court held a conference with the parties, during which it granted the Motion; it is hereby

**ORDERED** that Mr. Neuman is relieved as counsel for Mr. Yates; and it is further

**ORDERED** that Anthony Ricco is appointed counsel for Mr. Yates as of today's date.

Dated:   New York, New York
         November 19, 2021

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE