```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA

        - against -
                                              21 Cr. 260 (NRB)
MANUEL ENRIQUE YATES,
                                                   ORDER
             Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** Anthony Ricco was appointed as counsel for Mr. Yates on November 19, 2021; and

**WHEREAS** this Court received a letter dated November 26, 2021 from Mr. Ricco requesting that Mr. Yates be appointed new counsel due to Mr. Ricco's scheduling conflicts; it is hereby

**ORDERED** that Mr. Ricco is relieved as counsel for Mr. Yates; and it is further

**ORDERED** that Gregory Morvillo is appointed counsel for Mr. Yates as of today's date.

Dated:    New York, New York
          November 29, 2021

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE