```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA

       - against -
                                           21 Cr. 260 (NRB)
MANUEL ENRIQUE YATES,
                                              ORDER
            Defendant.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on October 25, 2021, this Court granted defendant's motion for an extension of the deadline for filing motions and excluded Speedy Trial Time in this case until December 13, 2021, ECF No. 19; and

**WHEREAS** this Court received a letter from defendant's counsel dated December 17, 2021, informing the Court that Mr. Yates does not consent to an additional exclusion of time under the Speedy Trial Act; and

**WHEREAS** this Court has scheduled a teleconference in this case on December 22, 2021, the earliest possible date; it is hereby

**ORDERED** that Speedy Trial Time is excluded from today, December 20, 2021, until December 22, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice are served by this continuance and that the

continuance outweighs the best interest of the public and the defendant in a speedy trial.

Dated:    New York, New York
          December 20, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE