**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                           (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

March 9, 2022

Ni Qian
Assistant U.S. Attorney, S.D.N.Y.
1 St. Andrew's Plaza
New York, NY 10007

Gregory Morvillo
Morvillo PLLC
28 Hamilton Rd
Glen Ridge, NJ 07028

**Re: United States v. Manuel Enrique Yates**
**21 Cr. 260 (NRB)**

Dear Counsel:

      We are writing to update you regarding the trial date in this matter. We have been assigned an April 25, 2022 trial date. Accordingly, we have adjusted the schedule outlined in our March 2, 2022 letter. A revised schedule is below:

- Motions *in Limine* to be filed by March 31, 2022
- Replies to Motions *in Limine* to be filed by April 7, 2022
- Voir Dire and Requests to Charge to be filed by April 14, 2022

      Very truly yours,

*[signature]*

Naomi Reice Buchwald
United States District Judge