```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        -v.-                             :    **PROTECTIVE ORDER**
                                         :
MANUEL ENRIQUE YATES,                    :    S2 21 Cr. 260 (NRB)
                                         :
                Defendant.               :
                                         :
- - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through Ni Qian, Kaylan Lasky, and Elinor Tarlow, Assistant United States Attorneys, of counsel, for an order precluding the dissemination of materials produced pursuant to Federal Rule of Criminal Procedure 26(a)(3), and the Government's general disclosure obligations or practices, relating to audio recordings containing the voice of an undercover agent, which have been labeled "Sensitive" ("Sensitive Materials"), based on the Court's independent review, it is hereby

ORDERED that (1) the defendant and standby defense counsel must destroy or return to the Government all Sensitive Material (and any copies thereof) at the conclusion of the trial of this

matter or when any appeal has become final; (2) the defense is precluded from disseminating any of the Sensitive Material (and any copies thereof) to anyone beyond the defendant, standby defense counsel, and any paralegal or staff employed by the defense; and (3) the defendant is precluded from taking any Sensitive Material (or any copies thereof) with him into any jail facility, or possessing any Sensitive Material or copies thereof in any jail facility, either before, during, or after trial; except that the defendant may review the Sensitive Material, in the possession of standby defense counsel and/or any paralegal or staff employed by the defense, when in the presence of defense counsel or any paralegal or staff employed by the defense.

Dated:     New York, New York
              July 1, 2022

                                 _____
                                 THE HONORABLE NAOMI R. BUCHWALD
                                 UNITED STATES DISTRICT JUDGE