

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 21, 2022

<u>By ECF</u>

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted.
SO ORDERED.
              [signature]
        NAOMI REICE BUCHWALD
        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 22, 2022
```

Re:   *United States v. Manuel Enrique Yates*, S1 21 Cr. 260 (NRB)

Dear Judge Buchwald:

    The Government writes respectfully to request that the Court dismiss the open count from the original Indictment, 21 Cr. 260 (NRB), which was filed on April 19, 2021.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney
                              Southern District of New York

                    By:    */s/ Ni Qian*
                            Ni Qian
                            Kaylan Lasky
                            Assistant United States Attorneys
                            Tel: (212) 637-2364 / 2315

cc:  Counsel of Record (via ECF)